UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

**WISCONSIN PIPE TRADES HEALTH FUND,**
**KENOSHA PLUMBERS LOCAL 118 PENSION FUND,**
**KENOSHA PLUMBERS LOCAL 118 VACATION FUND,**
**KENOSHA PLUMBERS LOCAL 118 EDUCATION FUND,**
**KENOSHA PLUMBERS LOCAL 118 INDUSTRY FUND,**
**and LARRY VANCE,**

**WISCONSIN LABORERS HEALTH FUND,**
**WISCONSIN LABORERS PENSION FUND,**
**WISCONSIN LABORERS DISTRICT COUNCIL,**
**and MICHAEL R. RYAN,**

    **Plaintiffs,**

**vs.**                **Case No. 07-C-0106**

**BISSONNETTE PLUMBING, LLC,**

    **Defendant.**
_____

### ENTRY OF JUDGMENT AND INJUNCTIVE RELIEF
### ON THE DECISION BY THE COURT
_____

   This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

   **IT IS ORDERED AND ADJUDGED** pursuant to Rule 58 of the Federal Rules of Civil Procedure that:

   1.  Judgment should be entered on behalf of the Plaintiffs Wisconsin Pipe Trades Health Fund, Kenosha Plumbers Local 118 Pension Fund, Kenosha Plumbers Local 118 Vacation Fund, Kenosha Plumbers Local 118 Education Fund, Kenosha Plumbers Local 118 Industry Fund, and Larry Vance, Wisconsin Laborers Health Fund, Wisconsin Laborers Pension Fund, Wisconsin

Laborers District Council, and Michael R. Ryan, and against Defendant Bissonnette Plumbing, LLC, in the sum of $39,379.55, with interest thereon at the rate that is provided by law.

  2. Defendant Bissonnette Plumbing, LLC, is to submit within ten (10) days to an audit of the company's books and records by the Plaintiff Fund's designated representative covering the period of November 1, 2005 to the present date.

  3. Plaintiffs shall submit the results of said audit to the court within ten (10) days of the completion of the audit, and the Clerk of Court shall amend the judgment in favor of the Plaintiff Fund to include all contributions, interest and liquidated damages due the Plaintiff Funds as reported by the auditor, along with Plaintiffs' costs and attorney fees.

  Dated at Milwaukee, Wisconsin this 9th day of March, 2007.

    BY THE CLERK

    JON W. SANFILIPPO

    BY THE DEPUTY CLERK

    s/ Linda M. Zik

APPROVED AS TO FORM this 9th day of March, 2007.

s/ Rudolph T. Randa
U.S. DISTRICT COURT JUDGE