## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

**WISCONSIN PIPE TRADES HEALTH FUND,**
**KENOSHA PLUMBERS LOCAL 118 PENSION FUND,**
**KENOSHA PLUMBERS LOCAL 118 VACATION FUND,**
**KENOSHA PLUMBERS LOCAL 118 EDUCATION FUND,**
**KENOSHA PLUMBERS LOCAL 118 INDUSTRY FUND,**
**and LARRY VANCE,**

**WISCONSIN LABORERS HEALTH FUND,**
**WISCONSIN LABORERS PENSION FUND,**
**WISCONSIN LABORERS DISTRICT COUNCIL,**
**and MICHAEL R. RYAN,**

       **Plaintiffs,**

vs.                                                **Case No. 07-C-0106**

**BISSONNETTE PLUMBING, LLC,**

       **Defendant.**

---

## ORDER

---

Upon Plaintiff Fund's motion and upon the files, records and proceedings herein, heretofore had, in the above-entitled action:

**IT IS HEREBY ORDERED** that the above-named defendant Bissonnette Plumbing, LLC and its principal owner Tim Bissonnette be and hereby are in contempt for violating this Court's Order requiring them to submit to an audit of their books and records for the period November 1, 2005 to the present AND ARE HEREBY DIRECTED to purge themselves of said contempt by submitting to an audit of the company's books and records for the period November 1, 2005 to the

present, to pay to Plaintiffs a compliance fine in the amount of $1,000.00, to be held in abeyance pending compliance of said order.

Dated this 2nd day of July, 2007.

                                  BY THE COURT

                                  s/ Rudolph T. Randa
                                  Hon. Rudolph T. Randa
                                  Chief Judge