**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN**

_____

**WISCONSIN PIPE TRADES HEALTH FUND,
KENOSHA PLUMBERS LOCAL 118 PENSION FUND,
KENOSHA PLUMBERS LOCAL 118 VACATION FUND,
KENOSHA PLUMBERS LOCAL 118 EDUCATION FUND,
KENOSHA PLUMBERS LOCAL 118 INDUSTRY FUND,
and LARRY VANCE,**

**WISCONSIN LABORERS HEALTH FUND,
WISCONSIN LABORERS PENSION FUND,
WISCONSIN LABORERS DISTRICT COUNCIL,
and MICHAEL R. RYAN,**

      **Plaintiffs,**

**vs.**                                  **Case No. 07-C-0106**

**BISSONNETTE PLUMBING, LLC,**

      **Defendant.**
_____

**AMENDED ORDER FOR JUDGMENT**
_____

Motions for default judgment brought by the plaintiffs in the above-captioned action were submitted to the Court and subsequently filed with the Clerk.

The Court, having duly heard all issues and a decision having been duly rendered, orders as follows:

     1.     Defendant Bissonnette Plumbing, LLC, has failed to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

     2.     Defendant Bissonnette Plumbing, LLC, violated the Labor Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreement by failing to pay fringe benefit contributions on behalf of its employees to the plaintiff Fund and by failing to submit to an audit of

the company's books and records by the Plaintiff Fund's designated representative covering the period of November 1, 2005 to the present date.

3. The court on March 9, 2007 entered judgment on behalf of the Plaintiffs Wisconsin Pipe Trades Health Fund, Kenosha Plumbers Local 118 Pension Fund, Kenosha Plumbers Local 118 Vacation Fund, Kenosha Plumbers Local 118 Education Fund, Kenosha Plumbers Local 118 Industry Fund, Larry Fance, Wisconsin Laborers Health Fund, Wisconsin Laborers Pension Fund, Wisconsin Laborers District Council and Michael R. Ryan and against Defendant Bissonnette Plumbing, LLC and ordered Defendant to submit within ten (10) days of said Order to an audit of the company's books and records by the Plaintiff Funds' designated representative covering the period November 1, 2005 to the present date, the results of which shall be submitted to the court.

4. Plaintiffs Funds' representative conducted an audit on November 30, 2007. The results of said audit are before this court.

5. The court assesses the total damages to plaintiffs in the sum of $36,520.16.

**IT IS HEREBY ORDERED:**

The Clerk of Court is directed to enter judgment in favor of Plaintiffs Wisconsin Pipe Trades Health Fund, Kenosha Plumbers Local 118 Pension Fund, Kenosha Plumbers Local 118 Vacation Fund, Kenosha Plumbers Local 118 Education Fund, Kenosha Plumbers Local 118 Industry Fund, and Larry Vance, Wisconsin Laborers Health Fund, Wisconsin Laborers Pension Fund, Wisconsin Laborers District Council, and Michael R. Ryan, and against Defendant Bissonnette Plumbing, LLC in the amount of $36,520.16 together with interest at the rate allowed by law.

Dated this 22nd day of January, 2008.

BY THE COURT

s/ Rudolph T. Randa
U.S. DISTRICT JUDGE