UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**WISCONSIN PIPE TRADES HEALTH FUND,**
**KENOSHA PLUMBERS LOCAL 118 PENSION FUND,**
**KENOSHA PLUMBERS LOCAL 118 VACATION FUND,**
**KENOSHA PLUMBERS LOCAL 118 EDUCATION FUND,**
**KENOSHA PLUMBERS LOCAL 118 INDUSTRY FUND,**
**and LARRY VANCE,**

**WISCONSIN LABORERS HEALTH FUND,**
**WISCONSIN LABORERS PENSION FUND,**
**WISCONSIN LABORERS DISTRICT COUNCIL,**
**and MICHAEL R. RYAN,**

        **Plaintiffs,**

vs.                                                                                                    Case No. 07-C-0106

**BISSONNETTE PLUMBING, LLC,**

        **Defendant.**

---

### AMENDED ENTRY OF JUDGMENT
### ON THE DECISION BY THE COURT

---

      This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

      **IT IS ORDERED AND ADJUDGED** that the Plaintiffs Wisconsin Pipe Trades Health Fund, Kenosha Plumbers Local 118 Pension Fund, Kenosha Plumbers Local 118 Vacation Fund, Kenosha Plumbers Local 118 Education Fund, Kenosha Plumbers Local 118 Industry Fund, and Larry Vance, Wisconsin Laborers Health Fund, Wisconsin Laborers Pension Fund, Wisconsin Laborers District Council, and Michael R. Ryan, recover from the Defendant Bissonnette Plumbing, LLC, in the sum of $36,520.16, with interest thereon at the rate that is provided by law.

Dated at Milwaukee, Wisconsin this 22nd day of January, 2008.

                BY THE CLERK:

                JON W. SANFILIPPO

                BY THE DEPUTY CLERK

                s/ Linda M. Zik

APPROVED AS TO FORM this 22nd day of January, 2008.

s/ Rudolph T. Randa
U.S. DISTRICT COURT JUDGE